

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00325-CV

———————————————————

IN RE SHAHRAM SHAKOURI, Relator

———————————————————

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-688923-20

———————————————————

Before Womack, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus" and "First Amended Supplemental Petition to the Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Mandamus" and "First Amended Supplemental Petition to the Writ of Mandamus" are denied.

Per Curiam

Delivered: October 18, 2021